ACCEPTED
04-15-00284-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/31/2015 9:41:32 AM
KEITH HOTTLE
CLERK



# Nicholas "Nico LaHood
## Criminal District Attorney
### Bexar County, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/31/15 9:41:32 AM

KEITH E. HOTTLE
Clerk

August 31, 2015

Honorable Keith E, Hottle, Clerk
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

      RE:      Kenneth Allen Goetz v. The State of Texas
                  Appellate Case No. 04-15-00284-CR
                  Trial Court Case No. 2014-CR-7400W

Dear Mr. Hottle:

The Appellants counsel in the instant case has filed a brief pursuant to Anders v. California, 386 U.S. 738,87 S. Ct. 1402,18 L. Ed. 2d 493 (1967). It is asserted therein that no reversible error exists in the instant case. The State waives the right to file an Appellee's brief in response at this time, however, stands ready to respond should the Court find it necessary.

Thank you in advance for your consideration.

Sincerely yours,

/s/ Austin Stout
AUSTIN STOUT
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva
(210) 335-2157
S.B.N. 24073550

Attorney for the State

cc:    Anthony Martin
        Attorney At Law
        P.O. Box 90391
        San Antonio, Texas  78209